**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00758-CR

**TORI REED MCFARLAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2012-1-0909**

## ORDER

The Court has before it appellant's July 2, 2013 "motion for immediate issuance of the mandate." The appeal was dismissed on June 28, 2013 on appellant's motion. *See* TEX. R. APP. P. 42.2(a). Accordingly, we **GRANT** the July 2, 2013 motion and **DIRECT** the Clerk to issue the mandate forthwith.

/s/     DAVID EVANS
          JUSTICE